**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| In re: Betty Lou Anderson | CASE NO. 09-51204-RWK |
|---|---|
| DEBTOR(S) | CHAPTER 13 |
| National Capital Management, LLC<br><br>MOVANT(S)<br><br>v.<br><br>Betty Lou Anderson<br>and<br>Herbert L. Beskin, Trustee<br><br>RESPONDENT(S) | |

**ORDER**

Pursuant to §1301, the above-referenced motion of the creditor was filed on **February 15, 2012** for relief from the co-debtor(s)' stay as to the debtor(s) or co-debtor(s), and such parties shall file in accordance with §1301(d) and serve upon counsel for the creditor written objections within twenty-one (21) days from the above date; and failure to so do as provided in said section, relief shall be granted without further notice, hearing or order at the conclusion of the twenty-one (21) day period. If objections are filed, the same shall be heard, pursuant to the notice given, on **March 7, 2012** at **2:00 p.m.** in **Courtroom, 3rd Floor, 116 North Main Street, Harrisonburg, Virginia**. Absent any objections, the hearing scheduled as above shall be canceled and stricken from the docket.

The Clerk shall mail a copy of this Order to the debtor(s); counsel for debtor(s)/defendant(s); co-debtor(s); counsel for movant(s); trustee; and U.S. Trustee.

**ENTER: February 16, 2012**

_Ross W. Krumm_
**ROSS W. KRUMM, JUDGE**

oocsk.frm